JAMES C. NIELSEN (111889)
  *jnielsen@nielsenhaley.com*
AUGUST L. LOHUARU (222359)
  *alohuaru@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
523 West Sixth Street, Suite 635
Los Angeles, California 90014
Telephone: (213) 239-9009
Facsimile: (213) 239-9007

*Attorneys for Defendant*
United National Insurance Company

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWIN K. MARZEC, an individual, | Case No.: CV-08-02542 R (RZx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED NATIONAL INSURANCE COMPANY, a corporation; AON DIRECT GROUP, INC., a corporation; and DOE 1 through DOE 100, inclusive, | |
| Defendants. | |

This action came on for hearing before the Court on July 7, 2008, at 10:00 A.M., the Honorable Manuel L. Real presiding, on a Motion for Summary Judgment by defendant United National Insurance Company.  The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff shall take nothing, that the action be dismissed with prejudice on the merits, and that defendant United National Insurance Company shall recover its costs.

Dated:   August 5, 2008    _____
                                                  Hon. Manuel L. Real
                                                  United States District Court Judge

[Proposed] Judgment