JAMES C. NIELSEN (111889)
  *jnielsen@nielsenhaley.com*
AUGUST L. LOHUARU (222359)
  *alohuaru@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
523 West Sixth Street, Suite 635
Los Angeles, California 90014
Telephone: (213) 239-9009
Facsimile: (213) 239-9007
    *Attorneys for Defendant*
       United National Insurance Company

HOLLY J. FUJIE (82034)
  *hfujie@buchalter.com*
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
    *Attorneys for Defendant*
       Affinity Insurance Services, Inc.
       (successor to Aon Direct Group, Inc.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN K. MARZEC, an individual, | Case No.: CV-08-02542 R (RZx) |
| Plaintiff, | |
| v. | **[PROPOSED] CORRECTED JUDGMENT** |
| UNITED NATIONAL INSURANCE COMPANY, a corporation; AON DIRECT GROUP, INC., a corporation; and DOE 1 through DOE 100, inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | This action came on for hearing before the Court on August 4, 2008, at 10:00 |
| 2 | A.M., the Honorable Manuel L. Real presiding, on a Motion for Summary |
| 3 | Judgment by defendant United National Insurance Company, with a joinder thereto |
| 4 | filed by Affinity Insurance Services (formerly known as Aon Direct Group, Inc.). |
| 5 | The evidence presented having been fully considered, the issues having been duly |
| 6 | heard, and a decision having been duly rendered, |
| 7 | IT IS ORDERED AND ADJUDGED that the plaintiff shall take nothing, |
| 8 | that the action be dismissed with prejudice on the merits, and that defendants |
| 9 | United National Insurance Company and Affinity Insurance Services (formerly |
| 10 | known as Aon Direct Group, Inc.) shall recover their costs. |

Dated: September 29, 2008

*[signature]*

Hon. Manuel L. Real
United States District Court Judge